UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 19, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO TELLO<br><br>Defendant. | Case No. 2:21-cr-00007-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEJANDRO TELLO Case No. 2:21-cr-00007-MCE  Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

   X    Unsecured Appearance Bond $  50,000.00 co-signed by Father, Ausolon Tello

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

   X    (Other): Pretrial release conditions as stated on the record in open court.

Issued at Sacramento, California on January 19, 2021 at 2:00 PM

Dated:  January 19, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE