PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO TELLO,<br><br>Defendant. | CASE NO. 2:21-CR-0007-DAD-12<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: May 30, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Alejandro Tello, by and through his attorney of record, Michael Jared Favero, hereby move to continue the judgment and sentencing hearing currently scheduled for May 30, 2023, at 9:30 a.m., to January 30, 2024, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for May 30, 2023.
2. Additional time is needed for factual investigation related to sentencing.
3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to January 30, 2024, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: May 23, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: May 23, 2023

/s/ Michael Jared Favero
Michael Jared Favero
Counsel for Defendant
ALEJANDRO TELLO

### ORDER

Pursuant to the stipulation of the parties, the date for Judgment and Sentencing is hereby continued from May 30, 2023, to January 30, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **May 23, 2023**

_____
UNITED STATES DISTRICT JUDGE