PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0007-DAD-12 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING |
| v. | DATE: January 30, 2024 |
| ALEJANDRO TELLO, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Alejandro Tello, by and through his attorney of record, Michael Jared Favero, hereby move to continue the judgment and sentencing hearing currently scheduled for January 30, 2024, at 9:30 a.m., to September 3, 2024, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for January 30, 2024.
2. Additional time is needed for factual investigation related to sentencing.
3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to September 3, 2024, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: January 24, 2024						PHILLIP A. TALBERT
								United States Attorney

								/s/ DAVID W. SPENCER
								DAVID W. SPENCER
								Assistant United States Attorney

Dated: January 24, 2024						/s/ Michael Jared Favero
								Michael Jared Favero
								Counsel for Defendant
								ALEJANDRO TELLO

**ORDER**

The date for Judgment and Sentencing is hereby continued from January 30, 2024, to September 3, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **January 25, 2024**				_____
								DALE A. DROZD
								UNITED STATES DISTRICT JUDGE