1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:21-CR-0007-DAD-12

12                    Plaintiff,       STIPULATION TO CONTINUE JUDGMENT AND
                                       SENTENCING
13           v.
                                       DATE: September 3, 2024
14  ALEJANDRO TELLO,                   TIME: 9:30 a.m.
                                       COURT: Hon. Dale A. Drozd
15                    Defendant.

16

17

18                         **STIPULATION**

19       By this stipulation, Plaintiff, the United States of America, by and through its attorney of record,

20  Assistant U.S. Attorney David W. Spencer, and Defendant, Alejandro Tello, by and through his attorney

21  of record, Michael Jared Favero, hereby move to continue the judgment and sentencing hearing

22  currently scheduled for September 3, 2024, at 9:30 a.m., to April 22, 2025, at 9:30 a.m., based on the

23  following:

24       1.    By previous order, the judgment and sentencing hearing was set for January 30, 2024.

25       2.    Additional time is needed for factual investigation related to sentencing.

26       3.    Accordingly, the parties jointly request that the judgment and sentencing hearing be

27             continued to April 22, 2025, at 9:30 a.m.

28

1   IT IS SO STIPULATED.

2

3

4   Dated:  August 28, 2024                  PHILLIP A. TALBERT
                                             United States Attorney
5

6                                            /s/ DAVID W. SPENCER
                                             DAVID W. SPENCER
7                                            Assistant United States Attorney

8   Dated:  August 28, 2024                  /s/ Michael Jared Favero
                                             Michael Jared Favero
9                                            Counsel for Defendant
                                             ALEJANDRO TELLO
10

11

12                              **ORDER**

13      The date for Judgment and Sentencing is hereby continued from September 3, 2024, to April 22,

14   2025, at 9:30 a.m.

15      IT IS SO ORDERED.

16   Dated:  **August 29, 2024**

17                                           DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28